Motion Granted, Appeal Dismissed and Memorandum
Opinion filed October 7, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00741-CR

____________

 

TIMOTHY CLIFFORD YERROW, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 351st District Court

Harris County, Texas

Trial Court Cause No. 1131885

 



 

MEMORANDUM
OPINION

A written request to withdraw the notice of appeal,
personally signed by appellant, has been filed with this Court.  See Tex.
R. App. P. 42.2.  Because
this court has not issued an opinion, we grant appellant’s request.

Accordingly, we order the appeal dismissed. We direct the
Clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel
consists of Justices Seymore, Boyce, and Christopher.

Do not
publish — Tex. R. App. P.
47.2(b).